**Nancy K. KONCHAL, Appellant,**

v.

**NATIONAL MUTUAL INSURANCE COMPANY, Respondent.**

No. C2-93-1151.

Supreme Court of Minnesota.

Feb. 1, 1994.

Rehearing Denied March 18, 1994.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that upon the petition of Western National Mutual Insurance Company, the decision of the court of appeals, 508 N.W.2d 228, reversing the summary judgment entered in favor of the petitioner be, and the same is, reversed and the summary judgment is reinstated. *See Continental Western Insurance Company v. Klug,* 415 N.W.2d 876 (Minn.1987) and Minn. Stat. § 65B.46, subd. 1 (1992).

/s/ Alexander M. Keith
Chief Justice

**In re Petition for DISCIPLINARY ACTION AGAINST Paris Donray GETTY, an Attorney at Law of the State of Minnesota.**

No. C8-85-2372.

Supreme Court of Minnesota.

Feb. 1, 1994.

## ORDER

Based upon all the files, records and proceedings herein, and upon the petition of the Director of the Lawyers Professional Responsibility Board,

IT IS HEREBY ORDERED that, effective immediately, the respondent Paris Donray Getty, be and the same is, temporarily suspended pending final determination of these disciplinary proceedings, pursuant to Rule 16, Rules on Lawyers Professional Responsibility. Respondent shall, within 5 days of the filing of this order, notify each of his clients of his inability to continue representation of the client and otherwise shall comply fully with the provisions of Rule 26 and Rule 27, Rules on Lawyers Professional Responsibility.

/s/ M. Jeanne Coyne
Associate Justice